**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| AMANIE RILEY, on behalf of herself and all others similarly situated, | Case No.: 1:24-cv-03676-RA |
| Plaintiffs, | |
| v. | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| Rothman's Westside, LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, AMANIE RILEY hereby move, at a date and time to be set by the Court, before the Honorable Judge Ronnie Abrams, at Courtroom 1506 of the Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an Order granting a default judgment against the Defendant Rothman's Westside, LLC.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Affidavit in Support of the Motion, and the accompanying Exhibits.

Dated: August 9, 2024

Hicksville, New York

**MARS KHAIMOV LAW, PLLC.**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
marskhaimovlaw@gmail.com
100 Duffy Ave., Suite 510
Hicksville, NY 11801
Tel: (929) 324-0717
*Attorneys for Plaintiff*