**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

AMANIE RILEY, on behalf of herself and all
others similarly situated,

                            Plaintiff,

                                                    Case No. 1:24-cv-03676-RA

  -against-                                **PROPOSED DEFAULT JUDGMENT**

Rothman's Westside, LLC,

                            Defendant,
_____

This action having been commenced on May 13, 2024, by the filing of the Summons and
Complaint, and a copy of the Summons and Complaint having been personally served on
Defendant, on June 6, 2024, and a proof of service having been filed on June 10, 2024, and the
defendant not having answered the Complaint, and the time for answering the Complaint having
expired, it is:

                    **ORDERED, ADJUDGED AND DECREED:**

        a.      A preliminary and permanent injunction to prohibit Defendant from

                violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, _et seq.,_

                N.Y. Exec. Law § 296, _et seq.,_ N.Y.C. Administrative Code § 8-107, _et seq._,

                and the laws of New York, is hereby granted as follows:

                A preliminary and permanent injunction requiring Defendant to take all the

                steps necessary to make its Website into full compliance with the

requirements set forth in the ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals;

b.      A declaration that Defendant owns, maintains and/or operates its Website in a manner that discriminates against the blind and which fails to provide access for persons with disabilities as required by Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.*, N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York;

c.      Compensatory damages in the amount of $1,500 including all applicable statutory and punitive damages and fines, to Plaintiff and the proposed class and subclasses for violations of their civil rights under New York State Human Rights Law and City Law;

c.      An award of costs and expenses of this action together with reasonable attorneys' and expert fees;

d.      A hearing to be held in the courthouse to determine the specific amount of damages, civil penalties, and reasonable attorney fees; and

e.      Such other and further relief as this Court may deem just, proper and equitable.

Dated:  New York, New York

_____
Hon. Ronnie Abrams
United States District Judge