UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AMANIE RILEY, on behalf of herself and all others similarly situated,

                Plaintiff,

                                        Case No. 1:24-cv-03676-RA

 -against-                                    **~~PROPOSED~~ DEFAULT JUDGMENT**

ROTHMAN'S WESTSIDE, LLC,

                Defendant.

_____

RONNIE ABRAMS, United States District Judge:

      This action having been commenced on May 13, 2024, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant on June 6, 2024, and a proof of service having been filed on June 10, 2024, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

      **ORDERED, ADJUDGED AND DECREED:**

      a.    A ~~preliminary and~~ permanent injunction to prohibit Defendant from violating the Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.,* N.Y. Exec. Law § 296, *et seq.,* N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York, is hereby granted as follows: A ~~preliminary and~~ permanent injunction requiring Defendant to take all the steps necessary to make its Website into full compliance with the requirements set forth in the

        ADA, and its implementing regulations, so that the Website is readily accessible to and usable by blind individuals;

b.    The Court declares that Defendant owns, maintains and/or operates its Website in a manner that discriminates against the blind and which fails to provide access for persons with disabilities as required by Americans with Disabilities Act, 42 U.S.C. §§ 12182, *et seq.*, N.Y. Exec. Law § 296, *et seq.*, N.Y.C. Administrative Code § 8-107, *et seq.*, and the laws of New York;

c.    Compensatory damages are awarded in the amount of $~~1,500~~1,000, including all applicable statutory and punitive damages and fines, to Plaintiff ~~and the proposed class and subclasses~~ for violations of her civil rights under New York State Human Rights Law and City Law;

c.    ~~An award of costs and expenses of this action together with reasonable attorneys' and expert fees;~~ Post-judgment interest is awarded in accordance with 28 U.S.C. § 1961(a); and

d.    ~~A hearing to be held in the courthouse to determine the specific amount of damages, civil penalties, and reasonable attorney fees; and~~ Plaintiff is ordered to file a motion for attorneys' fees and costs, with supporting documentation, no later than December 4, 2024, should she continue to pursue the recovery of these fees and costs.

e.    ~~Such other and further relief as this Court may deem just, proper and equitable.~~

Dated: November 4, 2024  
New York, New York

_____  
Hon. Ronnie Abrams  
United States District Judge